## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOAQUIN ACEVEDO VARGAS<br>AND ANGELITA FELICIANO<br>CONCEPCION<br>a/k/a ANGELA FELICIANO CONCEPCION<br><br>Debtor | CASE NO. 09-05253 (ESL)<br><br>CHAPTER 7 |

### AMENDED INFORMATIVE MOTION RE: COMPLETION OF PRIVATE SALE

TO THE HONORABLE COURT:

COMES NOW, Wilfredo Segarra Miranda, Trustee in the above proceedings and respectfully states and prays:

1. That Motion for Sale of Real Property Free and Clear of Liens was filed and noticed on February 27, 2013. (Docket #51).

2. That on April 4, 2013 the Honorable Court entered an Order and Notice to consider the Motion objecting distribution of funds product of proposed private sale and the reply by the Trustee on a hearing schedule for June 11, 2013. (Docket # 56).

3. That the Chapter 7 Trustee, Wilfredo Segarra Miranda and José J. Medina Méndez, attorney for the debtors, in order to resolve the controversy in the best interest of both parties agreed to a Stipulation. (Docket #58). Stipulation was approved by Court Order.(Docket # 62).

3. On June 18, 2013, sale was completed for $70,000.000, as per court ordered.

4. Administrative payments made as of this date are:

    **Administrative:**

    Notary Expenses                 $ 192.00

    CRIM                               $1,601.14

5. As per instructions of counsel José J. Medina Méndez, attorney for debtors, payment of exemption is made as follows:

    Joaquín Acevedo Vargas           $2,500.00

    Angelita Feliciano Concepción   $     $2,500.00

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this 26 day of September, 2014.

**I HEREBY CERTIFY THAT:** The foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office.

/s/Wilfredo Segarra Miranda\
**Wilfredo Segarra Miranda, Trustee**\
**PO Box 9023385**\
**San Juan, P.R. 00902-3385**\
**Tel. (787)725-6160**